### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Jimerson, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-cv-201 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| Enercon Federal Services, Inc., *et al* | : | Magistrate Judge Deavers |
| | : | |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Rashad Jimerson, by and through the undersigned counsel, to hereby give the Court notice of dismissal without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of all claims against Defendants Enercon Federal Services, Inc. and Fluor-BWXT Portsmouth LLC in the above-captioned matter. Because no answer or responsive pleading has been served, Plaintiff may dismiss the instant action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) without a court order or stipulation of the parties.

    Respectfully submitted,

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**Coffman Legal, LLC**
1457 S. High St.
Columbus, OH 43207
Telephone: 614.949.1181
Facsimile: 614.386.9964
E-mail: mcoffman@mcoffmanlegal.com

*/s/ Peter Contreras*
Peter Contreras (0087530)
**Contreras Law, LLC**
PO Box 215
Amlin, Ohio 43002

Phone: 614-787-4878  
Fax: 614-923-7369  
Email: peter.contreras@contrerasfirm.com  
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

*/s/ Peter Contreras*
Peter Contreras (0087530)